IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN S. BUSH | : | |
| | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 07-CV-0266 |
| FRANKLIN J. TENNIS, et al. | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 27th day of June, 2007, petitioner having filed no objections, it is hereby ORDERED that:

1. U.S. Magistrate Judge Jacob P. Hart's Report and Recommendation (Document No. 8) is APPROVED and ADOPTED;

2. The petition for Writ of Habeas Corpus is DISMISSED as moot.

BY THE COURT:

 /s/ Thomas M. Golden
THOMAS M. GOLDEN, J.